# MINUTES

CASE NUMBER:        CV 06-00409HG-LEK

CASE NAME:          Rosa A. Rodriguez Martinez, et al. v. Aaron K.F. Won

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     08/29/2008                   TIME:

COURT ACTION:  EO: Minute Order - FINDINGS AND RECOMMENDATION THAT
MOTION FOR DEFAULT JUDGMENT AGAINST CROSS-CLAIM DEFENDANT AARON
WON BE DENIED WITHOUT PREJUDICE:

        Before the Court is [63] Defendant/Cross Claimant County of Maui's ("the County")
Motion for Default Judgment Against Cross-claim Defendant Aaron Won ("Motion"), filed on
July 18, 2008.  Defendant/Cross-claim Defendant Aaron Won did not file an opposition to the
Motion.  This matter came on for hearing on August 29, 2008.  Moana Lutey, Esq., appeared on
behalf of the County, and Mr. Won appeared on his own behalf.

        Mr. Won represented that he did file an answer in the state court, but Ms. Lutey noted he
likely filed it after the County removed the action.  Mr. Won indicated that he intended to defend
against the cross-claim.  In light of Mr. Won's appearance and the fact that default judgments are
disfavored, this Court FINDS that default judgment is not warranted at this time.  This Court
therefore RECOMMENDS that the district judge deny the Motion WITHOUT PREJUDICE.

        IT IS SO FOUND AND RECOMMENDED.

cc: Moana Lutey, Aarron Won.

Submitted by Richlyn W. Young, courtroom manager