IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROSA A. RODRIGUEZ MARTINEZ AND SALOMON BALTAZAR ALONSO,<br><br>   Plaintiffs,<br><br> vs.<br><br>AARON WON; COUNTY OF MAUI; JOHN DOES 1-10; JOHN DOE PARTNERSHIPS 1-10; JOHN DOE CORPORATIONS 1-10; JOHN DOE ENTITIES 1-5,<br><br>   Defendants.<br>_____ | CV 06-00409 HG-LEK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

  Findings and Recommendation having been filed and served on all parties

on August 29, 2008, and no objections having been filed by any party,

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 17, 2008.



 /s/ Helen Gillmor_____

Chief United States District Judge